**Craig A. MOBLEY, dba Magna Enterprises Construction, Plaintiff–Appellant,**

v.

**LOS ANGELES UNIFIED SCHOOL DISTRICT, SCHOOL BOARD, a political subdivision; et al., Defendants–Appellees.**

No. 01–56687.

D.C. No. CV–01–06016–GAF.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 13, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

MEMORANDUM**

Craig A. Mobley appeals pro se the district court's judgment dismissing his civil rights action. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Brogan v. San Mateo County,* 901 F.2d 762, 764 (9th Cir.1990), and we affirm.

Although Mobley brought his claims pursuant to 42 U.S.C. §§ 1983 and 1985, the instant action stems from a contract dispute with the defendants. Because California provides judicial process for Mobley to resolve his claim, the district court properly concluded that Mobley failed to state a claim under 42 U.S.C. § 1983. "When state remedies are adequate to protect an individual's procedural due process rights, a section 1983 action alleging a violation of those rights will not stand." *Brogan,* 901 F.2d at 764.

Mobley's remaining contentions lack merit.

All pending motions are denied as moot.

**AFFIRMED.**

---

\* We unanimously find this case suitable for decision without oral argument and deny the appellees' request for oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.